**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6432**

DEXTER O. JOHNSON, a/k/a Salih Abdul Alhalim,

        Plaintiff – Appellant,

    v.

LT. BEAMON; SGT. MASSENBERG; CPL. PARKER; CAPT. MASKELONY, Director of Security; CAPT. PARHAM, Director of Treatment, LT. LEWIS; LT. SCOTT,

        Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, Senior District Judge. (2:09-cv-00280-JBF-TEM)

Submitted: May 19, 2011        Decided: May 24, 2011

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dexter O. Johnson, Appellant Pro Se. Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dexter O. Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Beamon, No. 2:09-cv-00280-JBF-TEM (E.D. Va. Mar. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED